408 A.2d 533

Commonwealth v. Williams, Appellant.

Submitted October 26, 1978. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

April 17, 1979

408 A.2d 533

Penna. Securities Commission v. Shareholders, Bondholders and Creditors of Tebco, Inc.

Appeal of Fee.

Submitted March 13, 1978. George J. D'Ambrosio, for appellant; David A. Wion, for appellee.

Order affirmed.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.